**Below is the Order of the Court.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) No. 15-40334 |
| | ) |
| DICKSON MANG JR., | ) ORDER ON MOTION FOR SALE OF |
| | ) PROPERTY FREE AND CLEAR OF LIENS |
| Debtor. | ) |
| | ) |

THIS MATTER having come regularly before the Honorable Brian D. Lynch of the above entitled Court upon the Trustee's Motion for Sale of Property Free and Clear of Liens, it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now therefore

IT IS HEREBY ORDERED that the Trustee, Kathryn A. Ellis, is authorized to sell the estate's interest in the real property located at 5419 Courtney St SE, Olympia, WA, for the sum of $225,000.00 to Manpreet Gill, and/or assigns, subject to prior written approval of Wells Fargo Bank NA, its successors in interest and assigns (hereinafter referred to as "Wells Fargo Bank NA").

IT IS FURTHER ORDERED that the Purchase and Sale Agreement between the Trustee

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

and Manpreet Gill, and/or assigns, shall be and is hereby approved, subject to prior written approval of Wells Fargo Bank NA.

IT IS FURTHER ORDERED that after payment of all costs of closing, including real estate commissions, property taxes, excise taxes, and other closing costs, together with a carveout to the estate in the amount of $20,000.00, the estate is authorized to pay at closing the first position Deed of Trust of Wells Fargo Bank NA, and/or assigns, in the amount of approximately $182,500.00, or such sum as may be negotiated or adjusted to accomplish a sale.

IT IS FURTHER ORDERED that at least two thirds of the buyers premium, in the amount of $20,000.00, shall be distributed to unsecured creditors of this estate.

IT IS FURTHER ORDERED that all necessary costs of closing, including real estate commissions, property taxes, excise taxes, and other closing costs, shall be and are hereby approved and may be paid from the proceeds of sale.

IT IS FURTHER ORDERED that said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale.

//

//

//

**ORDER ON MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS - 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

IT IS FURTHER ORDERED that this Order shall be effective immediately notwithstanding the provisions of BR 6004 (h).

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee

Copy received; approved as to form and content; Notice of Presentation waived:

/s/ James K. Miersma
James K. Miersma, WSBA #22062
Attorney for Wells Fargo Bank NA
C:\Shared\KAE\Dox\TRUSTEE\Mang\sale_ord.wpd

**ORDER ON MOTION FOR SALE OF
PROPERTY FREE AND CLEAR OF LIENS - 3**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002