The Honorable Brian D. Lynch
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DICKSON MANG JR.,<br><br>　　　　Debtor. | No. 15-40334<br><br>*EX PARTE* MOTION FOR 2004 EXAMINATION |

COMES NOW the Chapter 7 Bankruptcy Trustee, Kathryn A. Ellis, and moves the Court pursuant to Bankruptcy Rule 2004 for an order allowing examination of the debtor's 1040 income tax transcripts for 2015 and 2016, in connection with the potential short sale of real property of the estate.

This motion is based on the records and files herein and the Declaration of Kathryn A. Ellis in support thereof.

Dated this 6th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Kathryn A. Ellis
　　　　　　　　　　　　　　　　　　　　Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\Mang\2004_mot.wpd

*EX PARTE* **MOTION FOR 2004 EXAMINATION - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002

Case 15-40334-BDL    Doc 34    Filed 06/06/17    Ent. 06/06/17 15:57:33    Pg. 1 of 1