The Honorable Brian D. Lynch
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In reNo. 15-40334

DICKSON MANG JR.,REPORT OF SALE

Debtor.

Kathryn A. Ellis, Trustee in the above-mentioned case, submits this Report on Sale.

| | |
|---|---|
| Property Sold: | 5419 Courtney St SE, Olympia, WA |
| Purchaser: | Diep Huynh |
| Gross Sales Price: | $267,000.00 |
| Plus buyer's premium: | $15,000.00 |
| Plus credit to estate for property taxes: | $577.61 |
| Plus credit to estate for HOA dues: | $63.70 |
| Less 1st mortgage - Wells Fargo Home Mortgage: | $240,295.94 |
| Less HOA lien: | $777.59 |
| Less utility lien: | $350.00 |
| Less realtor commission: | $16,020.00 |
| Less HOA transfer fees: | $405.00 |
| Less excise tax: | $5,029.60 |
| Less seller's closing costs: | $2,413.18 |
| Less relocation assistance payment to debtor and spouse: | $2,350.00 |
| **NET TO ESTATE:** | **$15,000.00** |

DATED this 2nd day of November, 2017.

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\Mang\Report_sale.wpd

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

**REPORT OF SALE - 1**

| American Land Title Association | | | Certified True and Correct Copy<br>*Cdr*<br>WFG National Title Company of | FINAL ALTA Settlement Statement - Combined<br>Adopted 05-01-2015 | | |
|---|---|---|---|---|---|---|

File No./Escrow No.: 17-99434
Officer/Escrow Officer: Corinne Valentine

**WFG National Title Company of Washington, LLC**
3120 Colby Avenue
Suite 100
Everett, WA 98201



| Property Address: | 5419 COURTNEY ST SE<br>OLYMPIA, WA 98513 (THURSTON)<br>(6031-00-01100) |
|---|---|
| Buyer: | DIEP HUYNH<br>5419 Courtney St SE<br>Olympia, WA 98513 |
| Seller: | DEVYNA M. AGUON-MANGA AND KATHRYN A ELLIS, TRUSTEE FOR DICKSON U. MANG JR.<br>5506 6th Avenue S Suite 207<br>Seattle, WA 98108 |
| Settlement Date: | 10/31/2017 |
| Disbursement Date: | 10/31/2017 |

| | Seller | | Description | | Buyer | |
|---|---|---|---|---|---|---|
| P.O.C. | Debit | Credit | | P.O.C. | Debit | Credit |
| | | | **Deposits, Credits, Debits** | | | |
| | | $267,000.00 | Sale Price of Property | | $267,000.00 | |
| | | | Deposit | | | $2,670.00 |
| | $2,350.00 | | Relo Asst to Devyna M Aguon-Manga and Dickson U Mang Jr. | | | |
| | | | Funds to close from Diep Huynh | | | $36,013.04 |
| | | | **Prorations** | | | |
| | | $577.61 | County Taxes 10/31/2017 to 1/1/2018 @ $1,714.19/Six Months | | $577.61 | |
| | | $63.70 | HOA Dues (Paid) 10/31/2017 to 1/1/2018 @ $375.00/Year | | $63.70 | |
| | | | **Payoffs** | | | |
| | $240,295.94 | | Payoff of First Mortgage Loan to Wells Fargo Home Mortgage | | | |
| | | | Principal: $238,770.00 | | | |
| | | | Additional Proceeds: $1,525.94 | | | |
| | | | | | | |
| | | | **Commissions** | | | |
| | $9,345.00 | | Real Estate Commission to Lumin Brokers | | | |
| | $6,675.00 | | Real Estate Commission to Better Properties | | | |
| | | | **New Loans** | | | |
| | | | Loan Amount to North American Financial Corp | | | $253,650.00 |
| | | | 2.0590% of Loan Amount (Points) | | $5,221.50 | |
| | | | Appraisal Fee to RAPID APPRAISAL MANAGEMENT SYSTEM | $780.00 | | |
| | | | Credit Report to CREDIT INFORMATION SYSTEMS | | $82.95 | |
| | | | VERIFICATION OF EMPLOYMENT to North American Financial Corp | | $80.00 | |
| | | | Prepaid Interest ( 29.5346 per day from 10/31/2017 to 11/1/2017 ) | | $29.53 | |
| | | | Homeowner's Insurance Premium ( 12 mo.) to SAFECO INSURANCE | | $547.00 | |
| $1,714.19 | | | Property Taxes ( 6 mo.) to Thurston County | | | |
| | | | Homeowner's Insurance $45.58 per month for 3 mo. | | $136.74 | |
| | | | Property Taxes $285.70 per month for 3 mo. | | $857.10 | |
| | | | Aggregate Adjustment | | | $0.02 |
| | | | Underwriting Fee to North American Financial Corp | | $1,095.00 | |
| | | | **Title Charges** | | | |
| | $756.00 | | Title - Owner's Title Insurance to Thurston County Title | | | |
| | $66.53 | | Title - Premium Sales Tax to Thurston County Title | | | |
| | $1,450.00 | | Title - Settlement or Closing Fee ($650.00 paid by Relocation Assistance) to WFG National Title Company of Washington, LLC | | $750.00 | |
| | | | Title - Lender's Title Insurance to Thurston County Title | | $468.00 | |
| | | | Title - Sales Tax on Lender's Premium to Thurston County Title | | $41.18 | |
| | $140.65 | | Title - Sales Tax on Settlement Fee Charges to WFG National Title Company of Washington, LLC | | $72.75 | |
| | | | **Government Recording and Transfer Charges** | | | |
| | | | Recording fees: Deed $75.00 | | $75.00 | |
| | | | Mortgage $96.00 | | $96.00 | |
| | $2,109.30 | | Excise Tax for Debtor to Thurston County | | | |
| | $2,648.30 | | Excise Tax for Title holder to Thurston County | | | |
| | | | Recording fees: Deed $85.00 | | $85.00 | |
| | $272.00 | | Excise Tax to cover BK Trustee Fee to Thurston County $272.00 | | | |
| | | | **Additional Settlement Charges** | | | |

Case 15-40334-BDL   Doc 57   Filed 11/02/17   Ent. 11/02/17 14:32:24   Pg. 2 of 3

| Seller | | | | Buyer | | |
|---|---|---|---|---|---|---|
| P.O.C. | Debit | Credit | | P.O.C. | Debit | Credit |
| | $777.59 | | Payoff: HOA to (NA) Madrona Estates Homeowners Association | | | |
| | $350.00 | | Payoff: Lienable Utilities to City of Lacey | | | |
| | | | BK Trustee Fee to Kathryn A Ellis, Trustee | | $15,000.00 | |
| | $255.00 | | Payoff: HOA to HomeWiseDocs.com | | | |
| | $150.00 | | Payoff: HOA Transfer Fee to (NA) Association Services | | | |
| $1,714.19 | $267,641.31 | $267,641.31 | Subtotals | $780.00 | $292,279.06 | $292,333.06 |
| | | | Due To Buyer | | $54.00 | |
| | $0.00 | | Due To Seller | | | |
| $1,714.19 | $267,641.31 | $267,641.31 | Totals | $780.00 | $292,333.06 | $292,333.06 |