|                | |
|---|---|
| The Honorable: | Brian D. Lynch |
| Chapter 7 | |
| Location: | Tacoma |
| Hearing Date: | / / |
| Hearing Time: | |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: MANG JR., DICKSON USIM § Case No. 15-40334-BDL
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 29, 2015. The undersigned trustee was appointed on January 29, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $      282,577.61

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                      241,359.83
   Administrative expenses                                      26,217.78
   Bank service fees                                                 0.00
   Other payments to creditors                                       0.00
   Non-estate funds paid to 3rd Parties                              0.00
   Exemptions paid to the debtor                                     0.00
   Other payments to the debtor                                      0.00

   Leaving a balance on hand of [1]    $       15,000.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/26/2017 and the deadline for filing governmental claims was 09/26/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,378.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,887.17, for a total compensation of $4,887.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $112.82, for total expenses of $112.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2017         By: /s/Kathryn A. Ellis
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40334-BDL  **Trustee:** (670270) Kathryn A. Ellis
**Case Name:** MANG JR., DICKSON USIM  **Filed (f) or Converted (c):** 01/29/15 (f)
 **§341(a) Meeting Date:** 03/03/15
**Period Ending:** 11/06/17  **Claims Bar Date:** 09/26/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 240,000.00 | 8,012.00 | | 282,000.00 | FA |
| 2 | BECU checking and savings accounts | 300.00 | 300.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | camping gear | 200.00 | 0.00 | | 0.00 | FA |
| 6 | eliptical treadmill, home gym | 400.00 | 0.00 | | 0.00 | FA |
| 7 | 401k | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2014 federal income tax refund | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2012 Chevrolet Volt (leased) | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 10 | 2012 Honda Shadow | 5,500.00 | 0.00 | | 0.00 | FA |
| 11 | misc. homeowner tools & equipment | 100.00 | 100.00 | | 0.00 | FA |
| 12 | buyer's credit toward property taxes (u)<br>paid by lender outside of closing | 577.61 | 577.61 | | 577.61 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$274,577.61** | **$26,989.61** | | **$282,577.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2016  **Current Projected Date Of Final Report (TFR):** December 31, 2017

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-40334-BDL | **Trustee:** | Kathryn A. Ellis (670270) | |
| **Case Name:** | MANG JR., DICKSON USIM | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******6966 - Checking Account | |
| **Taxpayer ID #:** | **-***6887 | **Blanket Bond:** | $63,926,457.00 (per case limit) | |
| **Period Ending:** | 11/06/17 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/17 | | WFG National Title Company | sale of real property | | | 15,000.00 | | 15,000.00 |
| | {1} | | gross sale price | 267,000.00 | 1110-000 | | | 15,000.00 |
| | {1} | | buyer's premium | 15,000.00 | 1110-000 | | | 15,000.00 |
| | {12} | Madrona Estates HOA | buyer's credit toward HOA lien | 577.61 | 1290-000 | | | 15,000.00 |
| | | Madrona Estates HOA | buyer's credit toward HOA lien | 63.70 | 4120-000 | | | 15,000.00 |
| | | Wells Fargo Home Mortgage | payoff to 1st DOT | -240,295.94 | 4110-000 | | | 15,000.00 |
| | | Madrona Estates HOA | payoff of HOA lien | -777.59 | 4120-000 | | | 15,000.00 |
| | | City of Lacey | payoff of utility lien | -350.00 | 4120-000 | | | 15,000.00 |
| | | Rich Kim | real estate commissions | -16,020.00 | 3510-000 | | | 15,000.00 |
| | | Madrona Estates HOA | HOA transfer fees | -405.00 | 2500-000 | | | 15,000.00 |
| | | excise tax | excise tax | -5,029.60 | 2820-000 | | | 15,000.00 |
| | | closing costs | closing costs | -2,413.18 | 2500-000 | | | 15,000.00 |
| | | Dickson Mang Jr. and Devyna Aguon-Mang | relocation assistance payment to debtor | -2,350.00 | 2990-000 | | | 15,000.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 15,000.00 | 0.00 $15,000.00 |
| | Less: Bank Transfers | 0.00 | 0.00 |
| | **Subtotal** | 15,000.00 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **NET Receipts / Disbursements** | **$15,000.00** | **$0.00** |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6966** | 15,000.00 | 0.00 | 15,000.00 |
| | $15,000.00 | $0.00 | $15,000.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 26, 2017

**Case Number:** 15-40334-BDL  
**Debtor Name:** MANG JR., DICKSON USIM

Page: 1

**Date:** November 6, 2017  
**Time:** 11:46:28 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $112.82 | $0.00 | 112.82 |
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $4,887.17 | $0.00 | 4,887.17 |
| 200 | Rich Kim | Admin Ch. 7 | | $16,020.00 | $16,020.00 | 0.00 |
| 200 | Madrona Estates HOA | Admin Ch. 7 | | $405.00 | $405.00 | 0.00 |
| 200 | excise tax | Admin Ch. 7 | | $5,029.60 | $5,029.60 | 0.00 |
| 200 | closing costs | Admin Ch. 7 | | $2,413.18 | $2,413.18 | 0.00 |
| 200 | Dickson Mang Jr. and Devyna Aguon-Mang | Admin Ch. 7 | | $2,350.00 | $2,350.00 | 0.00 |
| S1 100 | Wells Fargo Home Mortgage | Secured | | $240,295.94 | $240,295.94 | 0.00 |
| S2 100 | Madrona Estates HOA | Secured | | $713.89 | $713.89 | 0.00 |
| S3 100 | City of Lacey | Secured | | $350.00 | $350.00 | 0.00 |
| 1 610 | Capital One Bank (USA) NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXX-XXXX-XXXX-7150 | $1,923.04 | $0.00 | 1,923.04 |
| 2 610 | Boeing Employees Credit Union<br>PO Box 97050<br>Seattle, WA 98124 | Unsecured | 9871 | $1,874.65 | $0.00 | 1,874.65 |
| 3 620 | Alaska USA Federal Credit Union<br>PO Box 196200<br>Anchorage, AK 99519 | Unsecured | XXXXXXXXX0001 | $13,593.99 | $0.00 | 13,593.99 |
| << Totals >> | | | | 289,969.28 | 267,577.61 | 22,391.67 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-40334-BDL
Case Name: MANG JR., DICKSON USIM
Trustee Name: Kathryn A. Ellis

**Balance on hand:** $ 15,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| S1 | Wells Fargo Home Mortgage | 240,295.94 | 240,295.94 | 240,295.94 | 0.00 |
| S2 | Madrona Estates HOA | 713.89 | 713.89 | 713.89 | 0.00 |
| S3 | City of Lacey | 350.00 | 350.00 | 350.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 4,887.17 | 0.00 | 4,887.17 |
| Trustee, Expenses - Kathryn A. Ellis | 112.82 | 0.00 | 112.82 |
| Other Fees: Rich Kim | 16,020.00 | 16,020.00 | 0.00 |
| Other Expenses: Dickson Mang Jr. and Devyna Aguon-Mang | 2,350.00 | 2,350.00 | 0.00 |
| Other Expenses: Madrona Estates HOA | 405.00 | 405.00 | 0.00 |
| Other Expenses: closing costs | 2,413.18 | 2,413.18 | 0.00 |
| Other Expenses: excise tax | 5,029.60 | 5,029.60 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,999.99
Remaining balance: $ 10,000.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,000.01

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,000.01 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 3,797.69 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Capital One Bank (USA) NA | 1,923.04 | 0.00 | 1,923.04 |
| 2 | Boeing Employees Credit Union | 1,874.65 | 0.00 | 1,874.65 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 3,797.69 |
| Remaining balance: | $ | 6,202.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 13,593.99 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 45.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Alaska USA Federal Credit Union | 13,593.99 | 0.00 | 6,202.32 |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 6,202.32 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**