Kathryn A. Ellis  
5506 6th Ave S  
Suite 207  
Seattle, WA 98108  
(206) 682-5002  
    Chapter 7 Trustee

The Honorable:                        Brian D. Lynch  
Chapter 7  
Location:                                    Tacoma  
Hearing Date:  
Hearing Time:  
Response Date:

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: MANG JR., DICKSON USIM         § Case No. 15-40334-BDL  
                                                 §  
                                                 §  
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Kathryn A. Ellis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $34,000.00             Assets Exempt: $15,600.00  
*(without deducting any secured claims)*

Total Distribution to Claimants: $251,359.84     Claims Discharged  
                                                       Without Payment: $23,092.67

Total Expenses of Administration: $31,217.77

---

    3) Total gross receipts of $ 282,577.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $282,577.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $231,888.00 | $241,359.83 | $241,359.83 | $241,359.83 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,709.48 | 31,217.77 | 31,217.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,437.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,161.00 | 17,391.68 | 17,391.68 | 10,000.01 |
| **TOTAL DISBURSEMENTS** | $264,486.00 | $302,460.99 | $289,969.28 | $282,577.61 |

4) This case was originally filed under Chapter 7 on January 29, 2015. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2018        By: /s/Kathryn A. Ellis
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| residence | 1110-000 | 282,000.00 |
| buyer's credit toward property taxes | 1290-000 | 577.61 |
| **TOTAL GROSS RECEIPTS** | | **$282,577.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| S1 | Wells Fargo Home Mortgage | 4110-000 | 231,888.00 | 240,295.94 | 240,295.94 | 240,295.94 |
| S2 | Madrona Estates HOA | 4120-000 | N/A | 713.89 | 713.89 | 713.89 |
| S3 | City of Lacey | 4120-000 | N/A | 350.00 | 350.00 | 350.00 |
| **TOTAL SECURED CLAIMS** | | | **$231,888.00** | **$241,359.83** | **$241,359.83** | **$241,359.83** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Kathryn A. Ellis | 2100-000 | N/A | 17,378.88 | 4,887.17 | 4,887.17 |
| Trustee Expenses - Kathryn A. Ellis | 2200-000 | N/A | 112.82 | 112.82 | 112.82 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - closing costs | 2500-000 | N/A | 2,413.18 | 2,413.18 | 2,413.18 |
| Other - Madrona Estates HOA | 2500-000 | N/A | 405.00 | 405.00 | 405.00 |
| Other - excise tax | 2820-000 | N/A | 5,029.60 | 5,029.60 | 5,029.60 |
| Other - Dickson Mang Jr. and Devyna Aguon-Mang | 2990-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| Other - Rich Kim | 3510-000 | N/A | 16,020.00 | 16,020.00 | 16,020.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $43,709.48 | $31,217.77 | $31,217.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service - CIO | 5200-000 | 11,437.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,437.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA | 7100-000 | 1,923.00 | 1,923.04 | 1,923.04 | 1,923.04 |
| 2 | Boeing Employees Credit Union | 7100-000 | 1,830.00 | 1,874.65 | 1,874.65 | 1,874.65 |
| 3 | Alaska USA Federal Credit Union | 7200-000 | 13,144.00 | 13,593.99 | 13,593.99 | 6,202.32 |
| NOTFILED | Bank of America | 7100-000 | 4,264.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,161.00 | $17,391.68 | $17,391.68 | $10,000.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40334-BDL  **Trustee:** (670270) Kathryn A. Ellis
**Case Name:** MANG JR., DICKSON USIM  **Filed (f) or Converted (c):** 01/29/15 (f)
  **§341(a) Meeting Date:** 03/03/15
**Period Ending:** 02/12/18  **Claims Bar Date:** 09/26/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 240,000.00 | 8,012.00 | | 282,000.00 | FA |
| 2 | BECU checking and savings accounts | 300.00 | 300.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | camping gear | 200.00 | 0.00 | | 0.00 | FA |
| 6 | eliptical treadmill, home gym | 400.00 | 0.00 | | 0.00 | FA |
| 7 | 401k | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2014 federal income tax refund | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2012 Chevrolet Volt (leased) | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 10 | 2012 Honda Shadow | 5,500.00 | 0.00 | | 0.00 | FA |
| 11 | misc. homeowner tools & equipment | 100.00 | 100.00 | | 0.00 | FA |
| 12 | buyer's credit toward property taxes (u)<br>  paid by lender outside of closing | 577.61 | 577.61 | | 577.61 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$274,577.61** | **$26,989.61** | | **$282,577.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2016  **Current Projected Date Of Final Report (TFR):** December 13, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-40334-BDL  
**Case Name:** MANG JR., DICKSON USIM  

**Taxpayer ID #:** **-***6887  
**Period Ending:** 02/12/18  

**Trustee:** Kathryn A. Ellis (670270)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6966 - Checking Account  
**Blanket Bond:** $63,926,457.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/17 | | WFG National Title Company | sale of real property | | | 15,000.00 | | 15,000.00 |
| | {1} | | gross sale price | 267,000.00 | 1110-000 | | | 15,000.00 |
| | {1} | | buyer's premium | 15,000.00 | 1110-000 | | | 15,000.00 |
| | {12} | Madrona Estates HOA | buyer's credit toward HOA lien | 577.61 | 1290-000 | | | 15,000.00 |
| | | Madrona Estates HOA | buyer's credit toward HOA lien | 63.70 | 4120-000 | | | 15,000.00 |
| | | Wells Fargo Home Mortgage | payoff to 1st DOT | -240,295.94 | 4110-000 | | | 15,000.00 |
| | | Madrona Estates HOA | payoff of HOA lien | -777.59 | 4120-000 | | | 15,000.00 |
| | | City of Lacey | payoff of utility lien | -350.00 | 4120-000 | | | 15,000.00 |
| | | Rich Kim | real estate commissions | -16,020.00 | 3510-000 | | | 15,000.00 |
| | | Madrona Estates HOA | HOA transfer fees | -405.00 | 2500-000 | | | 15,000.00 |
| | | excise tax | excise tax | -5,029.60 | 2820-000 | | | 15,000.00 |
| | | closing costs | closing costs | -2,413.18 | 2500-000 | | | 15,000.00 |
| | | Dickson Mang Jr. and Devyna Aguon-Mang | relocation assistance payment to debtor | -2,350.00 | 2990-000 | | | 15,000.00 |
| 01/16/18 | 101 | Capital One Bank (USA) NA | Dividend paid 100.00% on $1,923.04; Claim# 1; Filed: $1,923.04; Reference: XXXX-XXXX-XXXX-7150 | | 7100-000 | | 1,923.04 | 13,076.96 |
| 01/16/18 | 102 | Boeing Employees Credit Union | Dividend paid 100.00% on $1,874.65; Claim# 2; Filed: $1,874.65; Reference: 9871 | | 7100-000 | | 1,874.65 | 11,202.31 |
| 01/16/18 | 103 | Alaska USA Federal Credit Union | Dividend paid 45.62% on $13,593.99; Claim# 3; Filed: $13,593.99; Reference: XXXXXXXXX0001 | | 7200-000 | | 6,202.32 | 4,999.99 |
| 01/16/18 | 104 | Kathryn A. Ellis | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 4,999.99 | 0.00 |
| | | | Dividend paid 100.00% on $4,887.17; Claim# ; Filed: $17,378.88 | 4,887.17 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $112.82; Claim# ; Filed: $112.82 | 112.82 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,000.00** | **$15,000.00** | |

{} Asset reference(s)

Printed: 02/12/2018 09:58 AM   V.13.30

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-40334-BDL | **Trustee:** Kathryn A. Ellis (670270) |
| **Case Name:** MANG JR., DICKSON USIM | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6966 - Checking Account |
| **Taxpayer ID #:** **-***6887 | **Blanket Bond:** $63,926,457.00 (per case limit) |
| **Period Ending:** 02/12/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # ******6966 | 15,000.00 | 15,000.00 | 0.00 |
| | | $15,000.00 | $15,000.00 | $0.00 |